UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:16-CV-00245-JDN-AEP

BYRON WILLIS,

    Plaintiff,

v.

CARRINGTON MORTGAGE SERVICES, LLC,

    DEFENDANT.

_____/

## NOTICE OF PENDING SETTLEMENT

Defendant, CARRINGTON MORTGAGE SERVICES, LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that all parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted,

/s/R. Carter Burgess
R. Carter Burgess, Esq.
Florida Bar No. 058298
10407 Centurion Parkway, N., Suite 200
Jacksonville, FL 32256
(904) 224-4498 (telephone)
(904) 212-1828 (facsimile)
cburgess@mcglinchey.com

1196731.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished, this 15th day of August, 2016, by e-mail to the following parties:

### VIA EMAIL

Amanda Allen, Esquire
The Consumer Protection Firm
210-A South MacDill Avenue
Tampa, FL 33609
813-220-2954
Email: Amanda@TheConsumerProtectionFirm.com

Jared Michael Lee, Esquire
Morgan & Morgan, PA
Ste 1600
20 N. Orange Ave
Orlando, FL 32801
407/420-1414
Fax: 407/245-3485
Email: jlee@forthepeople.com

/s/R. Carter Burgess, Esq.
Attorney

1196731.1